**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Equal Employment Opportunity Commission,
Plaintiff,

v.

Bath & Body Works, Inc.,
Defendant.

Civil Action No. 01-1674~~74~~ 47 PAM/JGL

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER OR TO OTHERWISE PLEAD**

The undersigned hereby stipulate that Defendant Bath & Body Works, Inc., shall have until November 9, 2001 in which to file its answer or otherwise plead.

Respectfully Submitted,

Andrew C. Smith (Ohio Bar Reg. No. 0008136)
Michael C. Griffaton (Ohio Bar. Reg. No. 0062027)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400
(614) 464-6350 (fax)

Counsel for Defendant

Laurie A. Vasichek
Senior Trial Attorney (No. 171438)
United States Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
(612) 335-4061

Counsel for Plaintiff

Oct. 3, 2001

**SO ORDERED:**

OCT 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## CERTIFICATION OF SERVICE

The undersigned certifies that a true and accurate copy of the above Stipulation was served upon Laurie A. Vasichek, Senior Trial Attorney, U.S. Equal Employment Opportunity Commission, Minneapolis Area Office, 330 Second Avenue South, Suite 430, Minneapolis, Minnesota 55401, by overnight carrier, this 1st day of October, 2001.

Michael C. Griffaton



10/01/01 - 8940177