421142

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1647 PAM/JGL **Case Title:** Equal Employment Opportunity Commission v. Bath & Body Works, Inc.

**Affidavit of Movant**

I, Patrick R. Martin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Andrew C. Smith, an attorney admitted to practice in the Northern & Southern District of Ohio, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendant Bath & Body Works in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 0259445 | 11/9/01 |

**Affidavit of Proposed Admittee**

I, Andrew C. Smith, am currently a member in good standing of the U.S. District Court for the Northern & Southern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Andrew C. Smith | [signature] | November 7, 2001 |

Attorney License Number: 0008136

Law Firm Name & Address: Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
Columbus, Ohio 43215

Telephone: ( ) 614-464-5434

Motion Granted: [signature] /lj
For the Court: Richard D. Sletten, Clerk

NOV 20 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________