# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

421142

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1647 PAM/JGL **Case Title:** Equal Employment Opportunity Commission v. Bath & Body Works, Inc.

**Affidavit of Movant**

I, Patrick R. Martin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael C. Griffaton, an attorney admitted to practice in the Northern & Southern District of Ohio, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Bath & Body Works in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature

0259445 MN Attorney License #

11/9/01 Date

**Affidavit of Proposed Admittee**

I, Michael C. Griffaton, am currently a member in good standing of the U.S. District Court for the Northern & Southern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael C. Griffaton Type/Print Name

[signature] Signature

11/6/01 Date

Attorney License Number: 0062027

Law Firm Name & Address: Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
Columbus, Ohio 43215

Telephone: ( ) 614-464-8374

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

NOV 20 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______