UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EEOC

Plaintiff,

Civil 01-1647 PAM

v.

**ORDER OF DISMISSAL**

Bath & Body Works, Inc.

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 4, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

APR 0 5 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____