**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | ) | Civil No. 01-1647 PAM/JGL |
| v. | ) | **SETTLEMENT AGREEMENT** |
| BATH AND BODY WORKS, INC. Defendant. | ) | |

## I. Introduction

This action was filed by the Equal Employment Opportunity Commission ("EEOC") on September 6, 2001, pursuant to the Americans With Disabilities Act ("ADA"). The EEOC alleged that defendant Bath & Body Works, Inc. ("BBW") failed to hire Suzanne Stombaugh because of her disability, multiple sclerosis.

BBW denies the EEOC's allegations. The EEOC and BBW have agreed to settle these claims in order to reach a resolution of the lawsuit. There have been no judicial findings or determinations relating to the EEOC's claims, or the defenses to them of BBW.

The EEOC, BBW, and Suzanne Stombaugh, represented in these negotiations by her private counsel, Susan McKay, Esq., hereby stipulate:

## II. Settlement Terms

### A. Monetary Payments

1. BBW agrees that, within ten days of the approval of this Settlement

FILED MAY - 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Agreement by the Court, it will pay $30,000 to Ms. Stombaugh in full and final resolution of all claims made by the EEOC against BBW on her behalf, including all costs and disbursements associated therewith. BBW shall provide a copy of all payment checks to the undersigned counsel for the EEOC.

2. In consideration for and as a condition to the payment set forth in Section II(A)(1), Stombaugh shall execute a release negotiated between her and BBW, acting with representation from counsel. It additionally shall set forth the agreed allocation of the settlement amounts, and any other terms between the parties. This release shall explicitly exclude all claims against Target Corporation and its subsidiaries and affiliates, and damages flowing therefrom, for its alleged disclosure of Ms. Stombaugh's disability/medical condition.

3. Neither the EEOC nor BBW make any representation, nor assume any responsibility, for any tax liability that Ms. Stombaugh may, or may not, incur under local, state, or federal laws by reason of the funds paid under this Settlement Agreement. Ms. Stombaugh agrees that she is responsible for the payment of any and all federal, state, and/or local taxes, which may be assessed against her as the result of the payment made pursuant to this Agreement. Further Stombaugh acknowledges and agrees that neither BBW nor the EEOC have made representations to her regarding the tax consequences of the amount received by her pursuant to the terms of this Agreement.

4. The parties recognize that this amount was the product of negotiation and compromise, and does not represent all sums that the EEOC sought from BBW for its failure to hire Ms. Stombaugh. This amount is not intended to be paid in resolution of claims against Target Corporation and its subsidiaries and affiliates, and

damages flowing therefrom, for its alleged disclosure of Ms. Stombaugh's disability/medical condition.

**B. Commitment of Compliance**

BBW hereby affirms its commitment to abide by the provisions of the Americans With Disabilities Act. Specifically, BBW affirms its commitment to comply with the ADA's prohibitions against discrimination against persons with disabilities.

**C. Training**

BBW hereby affirms that it currently trains its district and regional managers in their responsibilities under the equal employment opportunity laws, including the Americans with Disabilities Act, at the time the managers are hired. BBW agrees that it will continue this training, and, in addition, will implement annual EEO training for these managers during the period of this Settlement Agreement. It will notify the EEOC of the training fourteen (14) days in advance, and provide the EEOC with a copy of its anticipated training materials.

**D. Recordkeeping and Reporting**

BBW's human resource department will document complaints of disability discrimination in hiring at the Bemidji, Minnesota BBW store, and report such complaints to the EEOC on a semi-annual basis, with the first report taking place six months from the effective date of this Agreement, for the duration of this Agreement.

**E. Posting of Notice**

BBW will post the notice attached as Exhibit B in its human resources department in the place where notices to associates are customarily posted for the duration of this Agreement.

**F. Joint Press Release**

The parties will issue the joint press release attached as Attachment A. The amount of the settlement agreement will be included in the joint press release. In response to any inquiries from a member of the press, the party contacted shall give the member of the press the name and telephone number of the person for the other party who has been designated as the contact person. This provision does not restrict the person contacted from responding to other press inquiries.

**III. <u>Resolution of Lawsuit</u>**

1. Both parties request that this Court approve this Settlement Agreement and, pursuant to F.R.C.P. 41(a)(2), dismiss this case with prejudice without costs to either party, and with the Court reserving jurisdiction only as necessary to enforce this Settlement Agreement. This Agreement shall remain in full force and effect for 30 months from the date of its approval of the Court for enforcement proceedings.

2. The EEOC agrees that it will not bring any further claim against BBW on behalf of Ms. Stombaugh that has been or could have been brought as a part of this lawsuit. Except for charges or investigations related to Ms. Stombaugh, the EEOC does not waive or in any manner limit its right to process or seek relief in any other charge or investigation based upon allegations not included in the charge underlying this litigation.

Dated: 5/3/02

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By ______________________

Laurie A. Vasichek (171438)
Senior Trial Attorney
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401-2224
(612) 335-4061

Attorney for the EEOC

Dated: ____________________

______________________

Susan Anderson McKay
11359 Windrow Drive
Eden Prairie, MM 55344
(952) 914-0284

Attorney for Suzanne Stombaugh

Dated: May 2, 2002

______________________

Andrew C. Smith (#0008136)
Michael C. Griffaton (#0062027)
Admitted *pro hac vice*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400

Attorneys for Bath & Body Works, Inc.

SO ORDERED.

Dated: ____________________

______________________

Honorable Paul A. Magnuson
U.S. District Court Judge

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: ________________

By______________________________

Laurie A. Vasichek (171438)
Senior Trial Attorney
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401-2224
(612) 335-4061

Attorney for the EEOC

Dated: 5-2-02

______________________________

Susan Anderson McKay
11359 Windrow Drive
Eden Prairie, MM 55344
(952) 914-0284

Attorney for Suzanne Stombaugh

Dated: ________________

______________________________

Andrew C. Smith (#0008136)
Michael C. Griffaton (#0062027)
Admitted *pro hac vice*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400

Attorneys for Bath & Body Works, Inc.

SO ORDERED.

Dated: May 2, 2002

______________________________

Honorable Paul A. Magnuson
U.S. District Court Judge

**ATTACHMENT A**

**JOINT PRESS RELEASE**

**FOR IMMEDIATE RELEASE**

Contacts: *EEOC:*
Laurie A. Vasichek, Esq.
Equal Employment Opportunity Commission
(612) 335-4061

*Bath & Body Works*
Debbie Mitchell
Bath & Body Works, Inc.
(614) 415-7555

**EEOC and Bath & Body Works Settle Lawsuit**

*Minneapolis* -- The Equal Employment Opportunity Commission (EEOC) and Bath & Body Works, Inc., headquartered in Columbus, Ohio, announced today that they have settled the EEOC's lawsuit against Bath & Body Works for alleged disability discrimination under the Americans With Disabilities Act.

The settlement agreement, signed today by Judge Paul Magnuson, resolves a lawsuit filed by the EEOC against Bath & Body Works in federal court in Minnesota. The EEOC alleged that a former Bath & Body Works supervisor failed to hire an applicant upon learning that the applicant had multiple sclerosis.

Bath & Body Works denied the allegations, and pointed out that is has a longstanding policy against discrimination in its workplace. The Company said it agreed to settle the case in the best interests of all parties involved.

Pursuant to the settlement, Bath & Body Works paid Suzanne Stombaugh, the aggrieved applicant $30,000 to settle. In addition, it agreed to post a notice about the settlement in its Human Resources department, continue training its managers as to their responsibilities under the Americans with Disabilities Act, and affirmed its commitment to abide by the provisions of the Act.

Chester Bailey of the EEOC said: "Multiple sclerosis can result in many limitations on a person's physical abilities. The EEOC seeks to assure that MS is not also a limitation on a person's employment opportunities."

EEOC enforces Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination based on race, color, religion, sex or national origin; the Age Discrimination in Employment Act; the Equal Pay Act; prohibitions against discrimination

affecting individuals with disabilities in the federal sector; sections of the Civil Rights Act of 1991, and Title I of the Americans with Disabilities Act, which prohibits discrimination against people with disabilities in the private sector and state and local governments.

The EEOC's Minneapolis Area Office is located at 330 Second Avenue South, Suite 430, Minneapolis, Minnesota 55401. The EEOC's offices are open from 8:00 a.m. until 4:30 p.m., Monday through Friday. Those persons interested in contacting the EEOC may do so by either writing to the above address, or by calling (612) 335-4040.

**ATTACHMENT B**

**US. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Minneapolis Area Office**

330 Second Avenue South, Suite 430
Minneapolis, MN 55401-2224
(622) 335-4040
TTY (612) 335-4045
FAX (612) 335-4044

NOTICE

This Notice is posted pursuant to a Settlement Agreement approved by the United States District Court in the case of EEOC v. Bath & Body Works. Inc., Civil No. 01-1647 PAM/JGL, filed in the United States District Court, District of Minnesota.

The Settlement Agreement is based on a lawsuit filed by the Equal Employment Opportunity Commission (EEOC), against Bath & Body Works ("BBW"). The EEOC alleged that BBW violated the Americans With Disabilities Act when it failed to hire an applicant with multiple sclerosis. Without admitting any liability under the ADA, BBW has agreed to settle the lawsuit filed by the EEOC. As part of the settlement, BBW will pay the applicant monetary damages, continue training its managers with respect to their responsibilities under the ADA, and record and report claims of disability discrimination in hiring at one of its stores. BBW affirmed in the Settlement Agreement and reaffirms here that it is committed to equal employment opportunity, and has abided by and will continue to abide by the provisions of the Americans With Disabilities Act.

The EEOC is the federal agency that administers, interprets, and enforces the federal equal employment opportunity laws, including Title VII of the Civil Rights Act of 1964, the Equal Pay Act (EPA), the Age Discrimination in Employment Act (ADEA), and the Americans with Disabilities Act (ADA). Each of the Acts listed prohibits employers from retaliating against employees for opposing practices made unlawful by the Act or for participating in an administrative or judicial proceeding under the Act.

The EEOC's Minneapolis Area Office is located at 330 Second Avenue South, Suite 430, Minneapolis, Minnesota 55401. The EEOC's offices are open from 8:00 a.m. until 4:30 p.m., Monday through Friday. Those persons interested in contacting the EEOC may do so by either writing to the above address, or by calling (612) 335-4040.

THIS NOTICE MAY NOT BE REMOVED BEFORE ____________________.